# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Joshua Ashton Floyd,<br>*Plaintiff*<br>v.<br><br>Director Patricia Ray *in their individual and official capacities*; Officer Tammy Moses *in their individual and official capacities*,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:18-cv-01677-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Joshua Ashton Floyd, shall take nothing of the defendants, Director Patricia Ray *in their individual and official capacities* and Officer Tammy Moses *in their individual and official capacities*, and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date: May 16, 2019     *ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker
_____
*Signature of Clerk or Deputy Clerk*